UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Abdullah Muhammad,

        Plaintiff(s),

v.

City of New York, et al.,

        Defendant(s).
------------------------------x

17-cv-5166 (LAK)

[CORRECTED] ORDER

KAPLAN, District Judge.

      This case was tried without a jury. The Court made findings of fact and conclusions of law on the record yesterday. The complaint is dismissed. The Clerk shall enter judgment in favor of the defendants and close the case.

Dated: March 10, 2020

                                     Lewis A. Kaplan
                                United States District Judge