**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Abdullah Muhammad,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

-----------------------------------------------------------X

17 CIVIL 5166 (LAK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Corrected Order dated March 10, 2020, this case was tried without a jury; the Court made findings and fact and conclusions of law on the record yesterday; the complaint is dismissed; judgment is entered in favor of defendants and the case is closed.

**DATED:** New York, New York
          March 10, 2020

                                RUBY J. KRAJICK
                                Clerk of Court

BY:
                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/10/2020